UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-                                                                        No.  96 crim 369 (LTS)

DARREN BRANTON

                Defendant.

--------------------------------------------------------x

## ORDER

      Based on the Court's understanding that the defendant Darren Branton's Violation of Supervised Release in this matter has been resolved, it is hereby

      ORDERED that the defendant Darren Branton is discharged from the custody of the U.S. Marshals Service, and further

      ORDERED that the internal communications concerning the determination that the Violation of Supervised Release has been resolved shall be filed under seal.

Dated: New York, New York
       June 29, 2022

_____
LAURA TAYLOR SWAIN
Chief United States District Judge